# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3614

_____

Debby Rose,                                  *
                                             *
            Appellant,                       *
                                             *   Appeal from the United States
      v.                                     *   District Court for the Western
                                             *   District of Missouri.
Cox Health Systems,                          *
                                             *   [UNPUBLISHED]
            Appellee,                        *
                                             *
Wal-Mart Supercenter,                        *
                                             *
            Defendant,                       *
                                             *
Springfield-Greene County                    *
Health Department,                           *
                                             *
            Appellee.                        *

_____

Submitted:  May 6, 2010
    Filed:  May 26, 2010

_____

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Debby Rose appeals the district court's[1] adverse grant of summary judgment in her disability-discrimination action. After reviewing the record de novo, and viewing it in the light most favorable to Rose, see Huber v. Wal-Mart Stores, Inc., 486 F.3d 480, 482 (8th Cir. 2007) (standard of review), we conclude that summary judgment was proper. For the reasons stated by the district court, we agree that there was insufficient evidence to show that Rose was a qualified individual with a disability or a person "regarded as" disabled. Accordingly, we affirm. See 8th Cir. R. 47B. We also deny Rose's pending motion to supplement the record with documents that were not before the district court, see United States v. Drefke, 707 F.2d 978, 983 (8th Cir. 1983) (appellate court must review case on record before district court), and deny her pending motion to stay.

_____

---

[1]The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri.